```
                                              FILED IN THE
                                           U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF WASHINGTON

                                              AUG 14 2006

                                           JAMES R. LARSEN, CLERK
                                         _____DEPUTY
                                             SPOKANE, WASHINGTON
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: Hanford Nuclear Reservation Litigation, | NO.  CV-06-5043-WFN<br><br>ORDER CLOSING CASE |

**Also to be Filed in:**   **CV-91-3015-WFN**

On July 27, 2006, an Order was filed directing the parties to show cause no later than August 9, 2006, why the Plaintiffs named in this case should not be added to the Amended Complaint in CV-91-3015-WFN and this case, CV-06-5043-WFN, closed. No party filed a response to the Court's Show Cause Order. The main litigation is *In Re Hanford Nuclear Reservation Litigation*, CV-91-3015-WFN. The named Plaintiffs will be added to the Amended Complaint in CV-91-3015-WFN and this case, CV-06-5043-WFN, closed. Accordingly,

**IT IS ORDERED** that:

1. The named Plaintiffs in this case shall be ADDED TO THE AMENDED COMPLAINT IN CV-91-3015-WFN; and

2. This case, CV-06-5043-WFN, shall be CLOSED.

The District Court Executive is directed to:

- File this Order and provide copies to counsel of record;

ORDER CLOSING CASE - 1

- File this Order in CV-91-3015-WFN and provide copies to counsel of record; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Carmela M. Destito-Buttice (for late John P. Destito, Jr.), Marylin F. Mlnarik, and Kerry L. Todd;
- Add the named Plaintiffs to the Amended Complaint in CV-91-3015-WFN; and
- CLOSE this file.

**DATED** this 14 day of August, 2006.

08-11

WM. FREMMING NIELSEN
SENIOR UNITED STATED DISTRICT JUDGE

ORDER CLOSING CASE - 2